UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BONNIE LARKIN,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:22-CV-2146 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is attorney Daniel Kalish ("Kalish")'s motion to reconsider the order denying his petition to appear *pro hac vice*. (ECF No. 21).

　　　　On April 24, 2023, this court denied Kalish's petition to appear *pro hac vice* because he sought contemporaneous admission to nine cases in this district. (ECF No. 20). More than five appearances within three years requires a showing of good cause, which Kalish did not provide. LR IA 11-2(f)(1); (*see* ECF Nos. 16, 16-1).

　　　　In his instant motion, Kalish attaches a declaration that the court finds demonstrates good cause for excessive admission pursuant to Local Rule 11-2. (ECF No. 21-1). Though local rules require that demonstration of good cause must be attached to the verified petition for permission to appear *pro hac vice*, in the interest of judicial efficiency, the court nevertheless approves Kalish's petition considering the declaration attached to the instant motion. LR IA 11-2(f)(2); (*see* ECF Nos. 16, 21-1).

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED, that Kalish's motion to reconsider (ECF No. 21) is GRANTED, and Kalish's petition for permission to appear *pro hac vice* (ECF No. 16) in this matter is APPROVED.

DATED May 4, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**