DANIEL KALISH, ESQ.
*Pro Hac Vice Admission Pending*
E-mail: dkalish@hkm.com
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE LARKIN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; DOES I - X; ROE CORPORATIONS I - X.<br><br>Defendants. | CASE NO.: 2:22-cv-02146-JCM-VCF<br><br>~~(PROPOSED)~~ STIPULATION AND ORDER TO EXTEND DISCOVERY FOLLOWING RESCHEDULED EARY NEUTRAL EVALUATION<br><br>(FIRST REQUEST) |

The parties, Plaintiff BONNIE LARKIN ("Plaintiff"), and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA's ("UMC" or "Defendant"), by and through their respective attorneys of record, hereby submit this request to continue discovery given the Early Neutral Evaluation ("ENE") has been reset to July 20, 2023:

I. **THE ENE WAS RESCHEDULED DUE TO PARTIES' SCHEDULE CONFLICTS**

1. The Early Neutral Evaluation ("ENE") in this matter was originally set for April 27, 2023. [ECF No. 7].

2. On April 20, 2023, this Court approved the parties' stipulated request to conduct the ENE via Zoom. [ECF 19].

3. On April 25, 2023, the Court vacated the April 27, 2023 ENE date due to a conflict in the Court's schedule, and reset the ENE for June 1, 2023, at 9:00 am to be conducted via Zoom. [ECF 22].

4. On May 15, 2023, the Court approved the parties' stipulated request to reschedule the ENE due to Defense counsel's schedule conflict. [ECF 26].

5. The ENE in this matter is currently scheduled for July 20, 2023.

II. ~~PROPOSED~~ DISCOVERY SCHEDULE

1. <u>Discovery Cut-Off:</u> The parties seek to extend the close of discovery currently set for July 31, 2023, to **November 17, 2023**;

2. <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):</u> The parties seek to extend the due date for initial expert disclosures currently set for June 1, 2023, by approximately sixty (60) days from the rescheduled July 20, 2023 ENE to **September 18, 2023,** and the due date for rebuttal expert disclosures be extended accordingly to **October 18, 2023**.

3. <u>Dispositive Motions:</u> The parties seek to extend the due date for dispositive motions currently set for August 30, 2023, to **December 18, 2023**;[1] and

4. <u>Pre-Trial Order:</u> The parties agree that if no dispositive motions are filed, and unless otherwise ordered by this Court, the Joint Pretrial Order shall be filed not more than thirty (30) days after the date set for filing dispositive motions and, therefore, not later than **January 17, 2024**. If dispositive motions are filed, the deadline for filing the Joint Pretrial Order will be suspended until thirty (30) days after decision on the dispositive motions or further court order.

III. REASONS FOR REQUESTED EXTENSION

1. Good cause exists to extend the remaining discovery deadlines to reflect that the ENE will now be conducted on July 20, 2023.

2. *First*, as discussed above, the parties' recent request to reschedule the June 1, 2023 ENE due to scheduling conflicts was approved and the ENE is now set for July 20, 2023.

---

[1] 30 days from the proposed discovery cutoff of November 17, 2023, is Sunday, December 17, 2023, and as such, the due date was continued to the following business day.

(PROPOSED) STIPULATION AND ORDER TO EXTEND DISCOVERY FOLLOWING RESCHEDULED EARY NEUTRAL EVALUATION (FIRST REQUEST)
Page **2** of **5**

While the parties have conducted limited settlement discussions to date, they believe that the neutral evaluator's assistance at the ENE will greatly increase the likelihood of settlement. As such, the parties want to preserve judicial and attorney resources (and the time and cost) of this matter to see whether they can resolve this dispute with Judge Youchah's assistance at the ENE.

3. *Second*, Plaintiff's attorney on this matter, Jenny Foley, left HKM and no longer represents Plaintiffs. Michael Arata from HKM recently appeared on behalf of Plaintiffs [ECF 14] and lead counsel Dan Kalish was admitted *pro hac vice*. [ECF 24]. Since Plaintiffs have new counsel, they seek additional time to allow their attorneys to get up to speed with the case.

4. *Third*, although discovery has started, the parties will need additional time to finish discovery in event that the matter does not resolve at the ENE. Each of the parties have exchanged initial disclosures and propounded written discovery requests. In order to help preserve resources ahead of the ENE, the parties have agreed to continue the due date for their respective responses to the discovery requests to thirty (30) days after the ENE. Should the matter not resolve at the ENE, and once the parties' written discovery requests have been adequately responded to, the parties will also need to conduct depositions, including Defendant's FRCP 30(b)(6) deposition(s), the Plaintiffs' deposition, as well as other percipient witness depositions. As the ENE is not set for July 20, 2023, the current July 31, 2023, discovery cut-off is not feasible.

5. For these three reasons, the parties respectfully submit that good cause exists to extend discovery in this matter to complete the necessary remaining discovery in the event the case does not resolve at the ENE.

IV.   **DISCOVERY COMPLETED**

1. The parties exchanged their FRCP 26.1 Initial Disclosure of Documents and Witness Lists;

2. Plaintiff served written discovery on Defendant, which included:
   a. First Set of Interrogatories; and
   b. First Set of Requests for Production of Documents.

3. Defendant served written discovery on Plaintiff, which included:

(PROPOSED) STIPULATION AND ORDER TO EXTEND DISCOVERY FOLLOWING RESCHEDULED EARY NEUTRAL EVALUATION (FIRST REQUEST)
Page 3 of 5

    a. First Set of Interrogatories;

    b. First Set of Requests for Admissions; and

    c. First Set of Requests for Production of Documents.

V.  **DISCOVERY TO BE COMPLETED**

  1. The parties agree that they will both have 30 days following the ENE to respond to the other's written discovery requests in the event the parties do not reach a settlement at the ENE;

  2. The parties anticipate setting depositions of the following individuals:

    a. Plaintiff Bonnie Larkin;

    b. Defendant's Designated FRCP 30(b)(6) Representative(s);

    c. Plaintiff's treating physicians; and

    d. Other percipient witnesses as needed;

  3. Additional written discovery as needed;

///

///

///

4.  This is the parties' first request to extend discovery and is not made for the purpose of delay.

Dated: May 18, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | PARKER NELSON & ASSOCIATES, CHTD. |
|---|---|
| /s/ *Michael Arata* | /s/ *Mahogany Turfley* |
| **DANIEL KALISH, ESQ.** | **THEODORE PARKER, III, ESQ.** |
| *Pro Hac Vice Admission Pending* | Nevada Bar No. 4716 |
| E-mail: dkalish@hkm.com | E-mail: tparker@pnalaw.net |
| **MICHAEL ARATA, ESQ.** | **MAHOGANY TURFLEY, ESQ.** |
| Nevada Bar No. 11902 | Nevada Bar No. 13974 |
| E-mail: marata@hkm.com | E-mail: mturfley@pnalaw.net |
| 101 Convention Center Drive, Suite 600 | 2460 Professional Court, Suite 200 |
| Las Vegas, Nevada 89109 | Las Vegas, Nevada 89128 |
| Tel: (702) 805-8340 | Tel: (775) 868-8000 |
| Fax: (702) 805-8340 | Fax: (775) 868-8001 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER EXTENDING DISCOVERY

IT IS SO ORDERED: _____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 5-18-2023 _____