**THEODORE PARKER, III, ESQ.**
Nevada Bar No. 4716
**MAHOGANY TURFLEY, ESQ.**
Nevada Bar No. 13974
**PARKER NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 868-8000
Facsimile:    (702) 868-8001
Email: tparker@pnalaw.net
           mturfley@pnalaw.net
*Attorneys for Defendant*
*University Medical Center of Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE LARKIN, an Individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a political subdivision of Clark County, State of Nevada; DOES I – X; ROE CORPORATIONS I – X,<br><br>　　　　　　Defendants. | CASE NO: 2:22-cv-02146-JCM-VCF<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE** |

　　　　Plaintiff, Bonnie Larkin, and Defendant, University Medical Center of Southern Nevada (collectively the "Parties"), hereby submit this Joint Stipulation to dismiss with prejudice all claims pending in the above litigation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　The Parties hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorneys' fees, subject only to the terms and conditions of the Parties' settlement agreement and release.

///

///

///

The Parties agree that none of them is a prevailing party in this action and therefore none of the Parties will seek any attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of December, 2023.  DATED this 8th day of December, 2023.

**HKM EMPLOYMENT ATTORNEYS LLP**  **PARKER NELSON & ASSOCIATES, CHTD.**

*/s/ Michael Arata*  */s/ Mahogany Turfley*
**DANIEL KALISH, ESQ.**  **THEODORE PARKER, III, ESQ.**
*Pro Hac Vice*  Nevada Bar No. 4716
**MICHAEL ARATA, ESQ.**  **MAHOGANY TURFLEY, ESQ.**
Nevada Bar No. 11902  Nevada Bar No. 13974
101 Convention Center Drive, Suite 600  2460 Professional Court, Suite 200
Las Vegas, NV 89109  Las Vegas, Nevada 89128
*Attorneys for Plaintiff, Bonnie Larkin*  *Attorneys for Defendant*
 *University Medical Center of Southern Nevada*

### ORDER

**IT IS SO ORDERED.**

U.S. DISTRICT COURT JUDGE

DATED: December 12, 2023

-2-